**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | * * * | CIVIL ACTION NO. 2:18-CV-08930 |
| VERSUS | * * | JUDGE WENDY B. VITTER |
| IMPERIAL TRADING CO., LLC | * | MAGISTRATE JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * *

**AGREED MOTION TO ENTER CONSENT DECREE**

COME NOW Plaintiff Equal Employment Opportunity Commission ("EEOC") and Defendant Imperial Trading Co., LLC ("Imperial") and hereby move that the Court sign and enter the Consent Decree which is filed concurrently with this motion. In support of this motion, the parties would show as follows:

1. Plaintiff EEOC and Defendant Imperial have negotiated a resolution to the main demand in this lawsuit.

2. The action at bar alleges an ADA cause of action for disability discrimination. The Defendant denied and continues to deny liability for the allegations in this suit. The purposes of the ADA will be furthered by entry of the Consent Decree.

3. Imperial and Third-Party Defendant Federal Insurance Company ("Federal") have also reached a resolution to the issues raised in Imperial's Third-Party Complaint against Federal that is contingent upon the Court's approval of the Consent Decree.

4. The Consent Decree, if entered by the Court, will resolve to the satisfaction of all parties all the issues raised in this suit. EEOC and Imperial therefore request the Court to approve the Consent Decree.

Respectfully submitted,

| | |
|---|---|
| _/s/_Timothy _M._Bowne_____ <br> Timothy M. Bowne – T.A. <br> Senior Trial Attorney <br><br> Texas Bar No. 00793371 <br> Equal Employment Opportunity Commission <br> 1919 Smith Street, 6th Floor <br> Houston, Texas 77002 <br> (346) 327-7702 (telephone) <br> (713) 651-7995 [facsimile] <br> timothy.bowne@eeoc.gov <br> **FOR PLAINTIFF EEOC** | _/s/_Thomas_J._McGoey_II_____ <br> Thomas J. McGoey II, T.A. (Bar #18330) <br> James A. Brown (Bar #14101) <br> A'Dair R. Flynt (Bar #37120) <br> LISKOW & LEWIS <br> 701 Poydras Street, Suite 5000 <br> New Orleans, Louisiana 70139-5099 <br> Telephone:  (504) 581-7979 <br> Fax:  (504) 556-4108 <br> tjmcgoey@liskow.com <br> jabrown@liskow.com <br> aflynt@liskow.com <br><br> **ATTORNEYS FOR DEFENDANT AND THIRD-PARTY COMPLAINANT, IMPERIAL TRADING CO., LLC** |

_/s/_John_W._Joyce_____
Steven W. Usdin, 12986
John W. Joyce, 27525
Christine M. Calogero, 36818
BARASSO USDIN KUPPERMAN
   FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 2400
New Orleans, Louisiana 70112
Telephone:  (504) 589-9700
Facsimile:  (504) 589-9701
susdin@barrassousdin.com
jjoyce@barrassousdin.com
ccalogero@barrassousdin.com

*Attorneys for Federal Insurance Company*

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 23, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to counsel for Defendant/Third Party Plaintiff Imperial Trading Company, LLC, and counsel for Third Party Defendant Federal Insurance Company.

    /s/ Timothy M. Bowne
**Timothy M. Bowne**