UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY COMMISSION** | **CIVIL ACTION** |
| **VERSUS** | **NO. 18-8930-WBV-JCW** |
| **IMPERIAL TRADING CO., LLC** | **SECTION: "D" (2)** |

## ORDER OF DISMISSAL

The Court having been advised by counsel for the parties that third-party plaintiff, Imperial Trading Company, LLC ("Imperial"), and third-party defendant, Federal Insurance Company ("Federal"), have firmly agreed upon a compromise regarding the claims asserted against Federal in Imperial's Third-Party Complaint (R. Doc. 9);

**IT IS HEREBY ORDERED** that Imperial's Third-Party Complaint be and is hereby **DISMISSED** without costs and without prejudice to the right, upon good cause shown, to reopen the action with respect to the claims asserted in Imperial's Third-Party Complaint if settlement is not consummated within a reasonable time. The Court retains jurisdiction to enforce the compromise agreed upon by the parties.

**COUNSEL ARE REMINDED THAT, IF WITNESSES HAVE BEEN**

**SUBPOENAED, EVERY WITNESS MUST BE NOTIFIED BY COUNSEL NOT TO APPEAR.**

New Orleans, Louisiana, January 3, 2020.

*Wendy B Vitter*
**WENDY B. VITTER**
**UNITED STATES DISTRICT JUDGE**